**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**WARREN GREEN and**
**GLORIA GREEN**                                                                                    **PLAINTIFFS**

**v.**                                                  **4:07-CV-01055-WRW**

**WELLS FARGO HOME MORTGAGE**                                                **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Compel (Doc. No. 25). Since Plaintiffs have failed to respond to the motion, I assume they concede.

Accordingly, Defendant's Motion to Compel is GRANTED, and Plaintiffs are directed to respond to Defendant's discovery requests by 5 p.m., Tuesday, October 7, 2008. Plaintiffs' failure to respond to Defendant's discovery, by the above deadline, could result in the dismissal of this case for failure to prosecute.

IT IS SO ORDERED this 23rd day of September, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE