# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WARREN GREEN and GLORIA GREEN**                                                **PLAINTIFFS**

**V.**                                    **4:07CV01055-WRW**

**WELLS FARGO HOME MORTGAGE INC.**                                    **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Dismiss Plaintiff Gloria Green (Doc. No. 30). On November 6, 2008, I sent a letter to Plaintiff Gloria Green that reads:

> On October 8, 2008, Defendant filed a Motion to Dismiss (Doc. No. 30) your case. A response was due on October 22, 2008. To date, none has been filed.
>
> On October 27, 2008, my staff sent you a letter requesting your telephone number so that we could have a telephone conference. You have not responded to the letter.
>
> If you do not supply your telephone number or file a response to Defendant's Motion to Dismiss by 5 p.m., Thursday, November 13, 2008, your case will be dismissed under Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failure to prosecute.[1]

To date, Plaintiff Gloria Green has failed to either supply her telephone number or respond to Defendant's Motion. Accordingly, Plaintiff Gloria Green is DISMISSED under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Defendant's Motion to Dismiss is DENIED as MOOT.

IT IS SO ORDERED this 14th day of November, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 33.