IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WARREN GREEN**                                                                     **PLAINTIFF**

v.                                    **4:07CV01055-WRW**

**WELLS FARGO HOME MORTGAGE, INC.**                                **DEFENDANT**

## JUDGMENT

Based on an Order entered this date granting Defendant's Motion For Summary Judgment, this case is DISMISSED WITH PREJUDICE.

IT SO ORDERED this 15th day of January, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE